

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00238-CV

| | | |
|---|---|---|
| JOSEPH LITTLETON, Appellant | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-299558-18) |
| V. | § | April 23, 2020 |
| NATIONSTAR MORTGAGE L.L.C., Appellee | § | Opinion by Justice Gabriel |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's summary-judgment order. It is ordered the trial court's summary-judgment order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel